IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

APRIL LEMON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

_____

Defendant.

Case No.

Complaint – Class Action

Jury Demanded

## CONSENT TO BECOME A PARTY PLAINTIFF

I, APRIL LEMON, consents to sue as a Plaintiff in this action, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 *et seq.*

By my signature below, I hereby authorize counsel to prosecute the claims in my name and on my behalf, in this action, for Defendants' failure to pay overtime wages as required under federal law.

DATE: 8-26-13

By: April B. Lemon
Print Name

By: *[signature]*
Signature