UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| APRIL LEMON on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GALARDI SOUTH ENTERPRISES CONSULTING, INC. d/b/a Goldrush Showbar,<br><br>        Defendant. | CIVIL ACTION<br><br>NO. 1:13-CV-3125-CAP |

<u>O R D E R</u>

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this  <u>2nd</u>  day of October, 2013.

<u>/s/Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge